UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
KEENEN PARKER,

JUDGMENT
09-CV-3026 (JG)

*Plaintiff,*

-against-

CITY OF NEW YORK; CHARLES HYNES;
A.D.A ALFRED DEINGINIS; JUDGE
NEIL FIRETOG; JUDGE DEGUIDICE,

*Defendants.*
-----------------------------------------------------------------X

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y
AUG - 5 2009
TIME A.M. P.M.

A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on August 5, 2009, dismissing plaintiff's complaint; certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Court's Memorandum and Order would not be taken in good faith; and denying *in forma pauperis* status for the purpose of an appeal; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendants; that plaintiff's complaint is dismissed; that pursuant to 28 U.S.C. § 1915(a)(3) any appeal from the Court's Memorandum and Order would not be taken in good faith; and that *in forma pauperis* is denied for the purpose of an appeal.

Dated: Brooklyn, New York
      August 05, 2009

Robert C. Heinemann
Clerk of Court

By: s/Terry Vaughn
Terry Vaughn
Chief Deputy of
Court Operations